JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.A., a minor, by his guardian *ad litem* GILMAR ARANA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No.: 2:18-cv-00806-PSG-MRW <br><br> [~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the Parties' stipulation under Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

DATED: 12/27/2018

_____
HON. PHILIP S. GUTIERREZ